**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Vincent M Wendowski | : | Chapter 13 |
| | : | Case No.: 24-11587-PMM |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Sell Property Free and Clear of Liens* and respectfully request that the Order attached to the Motion be entered.

Dated: August 23, 2024            /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek Law Offices, LLC
                                  1500 JFK Boulevard, Suite #220
                                  Philadelphia, PA 19102
                                  brad@sadeklaw.com
                                  215-545-0008