# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vincent M. Wendowski,<br><br>*Debtor*. | Case No. 24-11587<br>Chapter 13 |

## Order Granting Debtor's Application to Employ Century 21 The Real Estate Store as Debtor's Real Estate Agent

**AND NOW**, upon consideration of the Debtor's Application to Employ Century 21 The Real Estate Store ("The Real Estate Store") as Debtor's Real Estate Agent, the Court finds that:

A. Employment of The Real Estate Store as the Debtor's Real Estate Agent is necessary and is in the best interest of the Debtor.

B. The Real Estate Store represents no interest adverse to the estate with respect to matters as to which it is to be engaged.

C. The Real Estate Store is disinterested under 11 U.S.C. §§ 101 and 327.

D. The Debtor has certified that proper service has been made and that there has been no response filed.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Debtor is hereby authorized to employ The Real Estate Store pursuant to the terms set forth in the Application.

3. This order is effective August 2, 2024.

Date:

Patricia M. Mayer
U.S. Bankruptcy Judge