# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Vincent M Wendowski | : | |
| | : | Case No. 24-11587 (PMM) |
| Debtor. | : | |

# ORDER GRANTING MOTION TO SELL

**AND NOW,** upon consideration of the Debtor's Motion to Sell Property Free and Clear of Liens (doc. #14, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on September 11, 2024;

AND for the reasons stated on the record at the hearing, it is hereby **ordered** that:

1. The Motion is **granted** subject to the **conditions** described below;

2. On or before **September 19, 2024**, the Debtor must file an application to employ a realtor with regard to the proposed sale; and

3. The proceeds from the sale of the property described in the Motion shall be **escrowed** until the aforementioned application to employ a realtor is approved by the Court.

Date: 9/11/24

_Patricia M. Mayer_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE