**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Vincent M Wendowski | : | |
| | : | Case No.: 24-11587-PMM |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Application to Employ Century 21 The Real Estate Store as Realtor* and respectfully request that the Order attached to the Application be entered.

Dated: September 19, 2024           /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek Law Offices, LLC
                                    1500 JFK Boulevard, Suite #220
                                    Philadelphia, PA 19102
                                    brad@sadeklaw.com
                                    215-545-0008