**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|    Vincent W. Wendowski : | Chapter 13 |
| : | Case No.: 24-11587-pmm |
|    Debtor(s) : | |

## PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's <u>new address</u> as follows:

4520 Post Road Apt A
Trainer PA 19061

Dated: October 1, 2024                                           */s/ Brad J. Sadek*
                                                                                  Brad J. Sadek, Esquire
                                                                                  Counsel for Debtor(s)