**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          : CHAPTER 13
Vincent M. Wendowski

             PMM Debtor (s) : BANKRUPTCY NO. 24-11587 PMM

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 10/21/2025 at 1:00 PM before the Hon. Patricia M. Mayer

                                                               Respectfully submitted,

Date: August 20, 2025                           /s/Jack K. Miller, Esquire for
                                                                   Kenneth E. West
                                                                   Chapter 13 Standing Trustee
                                                                   190 N. Independence Mall West
                                                                   Suite 701
                                                                   Philadelphia, PA. 19106