United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-11587-pmm

Vincent M Wendowski                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 160 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent M Wendowski, 4520 Post Road Apt. A, Trainer, PA 19061-4654 |
| 15009544 | + | Capital One Auto Finance, c/o Elizabeth A. Trachtman, Esq., 200 Eagle Road, Bldg. 2, Suite 120, Wayne PA 19087-3115 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14882009 | + | Email/Text: jvalencia@amhfcu.org | Aug 22 2025 00:53:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14882010 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 22 2025 00:49:21 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14903337 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 22 2025 00:50:32 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14882011 | + | Email/Text: account.manager@chesterwater.com | Aug 22 2025 00:53:00 | Chester Water Authority, PO Box 467, Chester, PA 19016-0467 |
| 14882012 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 22 2025 00:53:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14892232 | ^ | MEBN | Aug 22 2025 00:40:48 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14882014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 01:01:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14883472 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14882013 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2025 01:02:52 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14898609 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2025 01:01:52 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14905999 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:49:17 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14904349 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2025 00:50:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14882015 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2025 00:52:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 21, 2025 | Form ID: 160 | Total Noticed: 16

14882016     + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com

Aug 22 2025 00:50:31    Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Century 21 The Real Estate Store |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Vincent M Wendowski brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

### UNITED STATESBANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Vincent M Wendowski

       Debtor(s)                                   Case No: 24−11587−pmm

                                             Chapter: 13

_____

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Court,

                                 on: 10/21/25

                                 at: 01:00 PM

                                 in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

                                 900 Market Street
                                 Suite 400
                                 Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: August 21, 2025                                           For The Court

                                                  Timothy B. McGrath
                                                  Clerk of Court